# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: **Anthony B. Burgess**     Case No. **12-80130**

Appearances at First Meeting: _____

## Plan Information

- [X] Plan      [ ] Amended Plan
- Plan Payment: $150.00 Monthly

Plan Term: 36 Months    Plan Percentage: 3%

| Item | Amount |
|---|---|
| Priority Creditors: | 1,300 |
| Arrearage: | |
| Secured Creditors: | |
| Special Unsecured: | |
| General Unsecured: | 260 |
| Attorney Fee: | 3,300 |
| Trustee Fee: | 540 |
| Total Plan | 5,400 |

Wage Deduction: [X] Yes   [ ] No

Direct Payments: Chev Truck - Jason Plumer

Other: Surrender Car Hauler - GE Capital

## Means Test Information

- [ ] Over Median   [X] Under Median
- [X] Income Verified
- [ ] Form 22C approved by Trustee
- [ ] Form 22C contested by Trustee
  - [ ] Income   [ ] Standardized Deductions
  - [ ] Additional Expense Deductions   [ ] Debt Payment
- [ ] Amended Form 22C to be filed

| | |
|---|---|
| Line 59 - Mo. Disposable Income: | $ |
| Sixty Month Total: | $ |
| Total Plan Distribution to Unsecured Creditors | $ |

## Trustee Recommendations

- [X] Confirm plan as filed
- [ ] Confirm plan with following changes: _____
- [ ] Amended Plan to be filed within ___ Days
- [ ] Request Confirmation Hearing
  - [ ] *Feasibility*   [ ] *Best Interests of Creditors Test*   [ ] *Valuation of Collateral*
  - [ ] *Excess Disposable Income*   [ ] *Other:* _____

Other: _____