# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )       Case No. 12-80130
BURGESS, ANTHONY                    )       Chapter 13
                      Debtor.       )

## MOTION TO MODIFY PLAN

NOW Comes the Debtor in the above proceeding, by his attorney, B. KIP SHELBY, and hereby files this motion to modify confirmed plan, and states the following:

1. That on January 23, 2012, Debtor filed his Chapter 13 Plan, Petition and Schedules.

2. Said Plan provided for payments in the amount of $150.00 per month for 36 months.

3. ILLINOIS DEPARTMENT OF REVENUE filed claim #5 with a priority amount of $996.99. Debtor scheduled $800.00 to be paid by the Trustee to the Illinois Department of Revenue.

4. Debtor requests that his Trustee pay ILLINOIS DEPARTMENT OF REVENUE the $996.99 priority amount through his Plan.

5. Debtor further requests that their Confirmed Chapter 13 Plan be modified as set out above.

WHEREFORE, Debtor prays that this Motion be allowed, and that they receive such other and further relief as is just.

                                            Respectfully Submitted,
                                            ANTHONY BURGESS


                                    BY:     /s/ B. Kip Shelby
                                            Attorney for Debtor

B. Kip Shelby
RAFOOL, BOURNE & SHELBY, P.C.
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602

Telephone: (309) 673-5535

**CERTIFICATE OF SERVICE**

      The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system upon the following parties:

                Michael D. Clark

                U.S. Trustee

                Illinois Department of Revenue
                Bankruptcy Section
                P.O. Box 64338
                Chicago, IL 60664-0338

                BY:    /s/ B. Kip Shelby
                              Attorney for Debtor

B. Kip Shelby
RAFOOL, BOURNE & SHELBY, P.C.
411 Hamilton Blvd, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535